John Somers, Appellant, v. Garrette D. Jackson and Louis H. Barberie, Appellee.

Division A.

Appeal from Circuit Court, Duval county; Rhydon M. Call, Judge.

H. H. Buckman for appellant.

J. M. Barrs for appellee.

The bill in this cause was filed by the appellee against the appellant. There was judgment for the complainant, and the defendant appeals. The appeal is dismissed.

Decision *Per Curiam.*